IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELLY A. ALLEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUDGE THOMAS PARDY, in his official capacity; JUDGE KOLAR, in her official capacity; YELLOWSTONE COUNTY, MONTANA; CITY OF BILLINGS, MONTANA; and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | CV 25-93-BLG-SPW<br><br><br>ORDER ON DEFENDANT JUDGE THOMAS PARDY'S MOTION TO DISMISS |

Before the Court is Defendant Judge Thomas Pardy's Motion to Dismiss (Doc. 13), filed under Federal Rule of Civil Procedure 12(b)(6) on September 18, 2025. Plaintiff Kelly A. Allen did not respond. Under Local Rule 7.1(d)(1)(B)(ii), "failure to file a response brief may be deemed an admission that the motion is well-taken." Upon review, and in light of Allen's failure to respond, the Court finds the Motion is well-taken and should be granted.

Ordinarily, "[d]ismissal of a *pro se* complaint without leave to amend is proper only if it is absolutely clear that the deficiencies of the complaint could not be cured by amendment." *Weilburg v. Shapiro*, 488 F.3d 1202, 1205 (9th Cir. 2007) (citation omitted). Where amendment would be futile, there is no reason to prolong

1

litigation by allowing further amendments. *Lipton v. Pathogenesis Corp.*, 284 F.3d 1027, 1039 (9th Cir. 2002); *Klamath-Lake Pharm. Ass'n v. Klamath Med. Serv. Bureau*, 701 F.2d 1276, 1293 (9th Cir. 1983). Because Allen's claims against Judge Pardy rest on naming a defendant who is immune from suit, affording her the opportunity to amend would be futile.

Accordingly, IT IS HEREBY ORDERED that:

(1) Defendant Judge Thomas Pardy's Motion to Dismiss (Doc. 13) is GRANTED.

(2) Plaintiff's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE as to Defendant Judge Thomas Pardy.

DATED this 1st day of December, 2025.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

2